# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| DANNY L. ABBOTT, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 15-211L |
| v. | ) ) | Filed February 19, 2021 |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## SCHEDULING ORDER

On February 12, 2021, the government filed an unopposed motion for leave to file certain exhibits in support of its response and opposition to plaintiffs' motion for partial summary judgment and cross-motion for partial summary judgment. ECF No. 129. In the motion, government counsel represents that these exhibits were not originally filed with the government's cross-motion due to technical difficulties. Government counsel also represents that plaintiffs do not oppose this motion, but that plaintiffs request that the remaining deadlines in the Court's January 13, 2021, Scheduling Order be extended by one week to account for the delay in their receipt of all of the government's exhibits.

In light of the foregoing, and for good cause shown, the Court **GRANTS** the government's motion for leave to file certain exhibits in support of its response and opposition to plaintiffs' motion for partial summary judgment and cross-motion for partial summary judgment. The Court, with the assistance of the parties, modifies the Scheduling Order dated January 13, 2021, as follows:

| | |
|---|---|
| Plaintiffs shall **FILE** a reply in support of their motion for partial summary judgment and a response to the government's cross-motion for partial summary judgment. | **March 18, 2021** |

The government shall **FILE** a reply in support of its cross-motion for partial summary judgment. **April 15, 2021**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge

2